MICHAEL EIDEL (State Bar No. 119701)
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA  18976
Telephone:     (215) 918-3568
Facsimile:      (215) 345-7507
Email:  meidel@foxrothschild.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHY BEVERAGE, LLC and THE HEALTHY BEVERAGE COMPANY<br><br>Defendants. | Case No. CV-13-4385<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>[CIVIL L.R. 6-1] |

Pursuant to Civil Local Rule 6-1, plaintiffs Mary Swearingen and Robert Figy, on behalf of themselves and all others similarly situated ("Plaintiffs"), and defendants Healthy Beverage, LLC and d/b/a The Healthy Beverage Company (erroneously sued as "The Healthy Beverage Company")(collectively, "Healthy Beverage") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action was filed in this Court on September 20, 2013;

WHEREAS, Healthy Beverage was served with the summons and Plaintiffs' complaint (the "Complaint"), on October 3, 2013;

WHEREAS, the deadline for Healthy Beverage to answer or otherwise respond to the Complaint is October 24, 2013;

WHEREAS, on October 17, 2013, Plaintiffs served Healthy Beverage's counsel with a CLRA demand letter;

WHEREAS, the parties have agreed that Plaintiffs shall amend their CLRA cause of action pursuant to stipulation, on or before November 22, 2013;

WHEREAS, the parties have agreed to an extension until December 13, 2013 for Healthy Beverage to answer or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that pursuant to Local Rule 6-1(a), Healthy Beverage, LLC shall have to and including December 13, 2013 to answer or otherwise respond to the Complaint.

DATED: October 18, 2013         FOX ROTHSCHILD LLP

                                By:   /s/ Michael Eidel
                                      Michael Eidel
                                      Attorney for Defendants


DATED: October 18, 2013         PRATT & ASSOCIATES

                                By:   /s/ Ben F. Pierce Gore
                                      Ben F. Pierce Gore
                                      Attorney for Plaintiffs


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 21, 2013         _____
                                HON. EDWARD M. CHEN

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*

2

**ECF ATTESTATION**

I, Michael Eidel, am the ECF User whose ID and password are being used to file the following: **STIPULATION TO EXTEND DEFENDANTS HEALTHY BEVERAGE, LLC'S and d/b/a THE HEALTHY BEVERAGE COMPANY (erroneously sued as "The Healthy Beverage Company") TIME TO RESPOND TO THE COMPLAINT.** In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ben F. Pierce Gore has concurred in this filing.

DATED: October 18, 2013         Michael Eidel
                                FOX ROTHSCHILD LLP

                                By:   /s/ Michael Eidel
                                      Michael Eidel