Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY BEVERAGE, LLC, and THE HEALTHY BEVERAGE COMPANY,<br><br>Defendant. | Case No. 3:2013-cv-04385 EMC<br><br>**JURY TRIAL DEMANDED**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Action Filed: September 20, 2013<br><br>Current hearing date: February 6, 2014<br><br>Proposed hearing date: March 13, 2014 |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, Defendant filed a motion to dismiss Plaintiffs' Complaint (the "Motion") on December 13, 2013, and noticed the Motion for hearing on February 6, 2014; and

WHEREAS, under Local Rule 7, Plaintiffs' response is due on December 27, 2013, and Defendant's reply is due on January 3, 2014;

The parties stipulate that:

1. Plaintiffs shall file and serve papers in opposition to the Motion on or before January 24, 2014;

2. Defendants shall file and serve reply papers, if any, on or before February 21, 2014; and

3. The Motion shall be scheduled for hearing on March 13, 2014.

Dated: December 20, 2013

/s/ Pierce Gore_____
Ben F. Pierce Gore
PRATT & ASSOCIATES

*Attorneys for Plaintiffs*

Dated: December 20, 2013

/s/ Michael Eidel_____
Michael Eidel
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Telephone: (215) 918-3568
Facsimile: (215) 345-7507
Email: meidel@foxrothschild.com

*Attorneys for Defendant Healthy Beverage, LLC d/b/a The Healthy Beverage Company*

**[PROPOSED] ORDER**

Good cause appearing therefor, **IT IS SO ORDERED.**

Dated: ~~December~~ _____, 2013     1/6/14

_____
Hon. Edward M. Chen
United States District Judge

[Stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]

**ATTESTATION**

I, Ben F. Pierce Gore, am the ECF user whose ID and password are being used to E-file this STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS COMPLAINT. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Michael Eidel.