UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY SWEARINGEN, *et al.*,

        Plaintiffs,

    v.

HEALTHY BEVERAGE, LLC, *et al.*,

        Defendants.

_____/

No. C-13-4385 EMC

**ORDER TO SHOW CAUSE**

      Pending before the Court is Defendant Healthy Beverage LLC's ("Healthy Beverage") motion to dismiss Plaintiffs Mary Swearingen and Robert Figy's ("Plaintiffs") first amended class action complaint, or in the alterative, motion to stay the proceeding pending the decision in the Ninth Circuit in *Kane, et al. v. Chobani, Inc.,* No. 14-15670. *See* Docket No. 49. The Court directs the parties' attention to the Court's order in *Swearingen, et al. v. Late July* whereby the motion to dismiss was denied in part and the action was stayed without prejudice to reconsider in five months, pursuant to the doctrine of primary jurisdiction. *See* 13-CV-4324-EMC Docket No. 69 (May 29, 2014).

///

///

///

///

///

///

Parties are ORDERED TO SHOW CAUSE why this action, *Swearingen, et al. v. Healthy Beverage, LLC, et al.,* should not likewise be stayed pending further consideration. Parties should submit briefs not to exceed five pages by June 9, 2014.

IT IS SO ORDERED.

Dated: June 2, 2014

_____
EDWARD M. CHEN
United States District Judge

2