PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
pgore@prattattorneys.com
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Facsimile: (408) 369-0752

*Attorneys for Plaintiffs*

FOX ROTHSCHILD LLP
Michael Eidel (SBN 119701)
2700 Kelly Road, Suite 300
Warrington, PA 18976
Telephone: (215) 345-7500
Facsimile: (215) 345-7507

*Attorneys for Defendant Healthy Beverage, LLC
d/b/a The Healthy Beverage Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHY BEVERAGE, LLC and THE HEALTHY BEVERAGE COMPANY<br><br>Defendants. | Case No.: 3:13-CV-04385 EMC<br><br>**JOINT CMC STATEMENT RE: FDA ACTION WITH RESPECT TO ECJ GUIDANCE**<br><br>Judge: Hon. Edward M. Chen<br><br>Action Filed: January 20, 2013 |

1

Plaintiff Mary Swearingen and Robert Figy, ("Plaintiffs") and Healthy Beverage, LLC d/b/a The Healthy Beverage Company ("Healthy Beverage"), submit this Joint Case Management Conference Statement updating the court of the status of FDA's action regarding the evaporated cane juice ("ECJ") guidance pursuant to this Court's June 11, 2014 Order.

As of the date of this filing, the FDA has not issued any additional guidance concerning ECJ or its usage.

In at least four other cases, courts in this district have extended the stay of ECJ cases until early 2015. *See Reese v. Odwalla, Inc.*, No. 4:13-cv-00947-YGR (N.D. Cal. Nov. 4, 2014) [Dkt. #66] (extending stay 180 days); *Avila v. Green Valley Organics L.P.*, No. 5:13-cv-0492-EJD (N.D. Cal. Oct. 29, 2014) [Dkt. #50] (90 days); *Figy v. Lifeway Foods, Inc.*, No. 3:13-cv-04828-THE *(Oct. 21, 2014)* [Dkt. #46] (90 days); *Swearingen v. Pacific Foods of Oregon, Inc.*, No. 3:13-cv-04157-JD (Oct. 14, 2014) [Dkt. #40] (90 days).

The parties respectfully request that the Court extend the stay for an additional ninety (90) days and continue the status conference scheduled for November 13, 2014 until February 12, 2015 (or a date thereafter), to revisit whether continued stay is appropriate.

Dated: November 6, 2014    PRATT & ASSOCIATES

/s/ Ben F. Pierce Gore
_____
By: Ben F. Pierce Gore
*Attorneys for Plaintiffs Mary Swearingen and Robert Figy*

Dated: November 6, 2014    FOX ROTHSCHILD LLP

/s/ Michael Eidel
_____
By: Michael Eidel
*Attorneys for Healthy Beverage, LLC d/b/a The Healthy Beverage Company*

**L.R. 5-1(i)(3) ECF Attestation**

I, Michael Eidel, am the ECF user whose ID and password are being used to file the following: **JOINT CMC STATEMENT**. In compliance with L.R. 5-1(i)(3), I hereby attest that we have concurred in this filing.

Dated: November 6, 2014                             /s/ *Michael Eidel*

```
IT IS SO ORDERED that the further CMC is reset from 11/13/14 to
2/12/15 at 10:30 a.m.  An updated joint CMC statement shall be filed
by 2/5/15.
```

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

Mary Swearingen, et al., v. Healthy Beverage, LLC and The Healthy Beverage Company
United States District Court, Northern District of California, San Francisco Division
Case No. 3:13-CV-04385 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I hereby certify that on November 6, 2014, I electronically filed the following document(s): **JOINT CMC STATEMENT RE: FDA ACTION WITH RESPECT TO ECJ GUIDANCE**

With the Clerk of the Court for the United States District Court by using the CM/ECF system.

Participants in the case who are registered CM/EMF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

J. Price Coleman, Esquire
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655

Dated: November 6, 2014

/s/ Elisabeth Paulsen
_____
Elisabeth Paulsen