PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
pgore@prattattorneys.com
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Facsimile: (408) 369-0752

*Attorneys for Plaintiffs*

FOX ROTHSCHILD LLP
Michael Eidel (SBN 119701)
2700 Kelly Road, Suite 300
Warrington, PA 18976
Telephone: (215) 345-7500
Facsimile: (215) 345-7507

*Attorneys for Defendant Healthy Beverage, LLC
d/b/a The Healthy Beverage Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHY BEVERAGE, LLC and THE HEALTHY BEVERAGE COMPANY<br><br>Defendants. | Case No.: 3:13-CV-04385 EMC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen<br><br>Action Filed: January 20, 2013 |

Having considered the parties' Joint Case Management Conference ("CMC") Statement submitted pursuant to this Court's November 10, 2014 Order, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the stay of this action shall remain in place and the CMC currently set for February 12, 2015 is continued to 5/14/15 at 10:30 a.m. An updated joint CMC statement shall be filed by 5/7/15.

**IT IS SO ORDERED.**

Dated: 2/6/15

