UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHY BEVERAGE, LLC and THE HEALTHY BEVERAGE COMPANY<br><br>Defendants. | Case No. 3:13-CV-04385 – EMC<br><br>**[PROPOSED] ORDER APPROVING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: September 20, 2013<br><br>Date:  May 14, 2015<br>Time:  10:30 A.M.<br>Courtroom:  5<br>Judge:  Honorable Edward M. Chen |

Upon the written request of counsel for Defendant Healthy Beverage, LLC d/b/a The Healthy Beverage Company, and good cause appearing, it is hereby ORDERED that Attorneys Michael Eidel and Clair E. Wischusen may appear telephonically at the Case Management Conference set for Thursday, May 14, 2015, at 10:30 a.m.  Attorneys Eidel and Wischusen will be called by the Court at their direct dial telephone number which is (215) 918-3559, and shall be available from at least five minutes before the start time for the conference and until released.

Dated:  5/14/15 .

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
CASE NO. 3:13-CV-04385-EMC

**PROOF OF SERVICE BY MAIL**

I am over the age of eighteen years of age, not a party to this action, and employed in the City and County of San Francisco at the law offices of Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco, California 94104.

On May 13, 2015, I served the attached [Proposed] Order Approving Defendant's Request to Appear Telephonically at Case Management Conference by placing a true and correct copy in a sealed envelope, with postage prepaid, to be deposited with the United States Postal Service on this day following ordinary business practices addressed at the addresses as last given, as follows:

> J. Price Coleman, Esq.
> Coleman Law Firm
> 1100 Tyler Avenue, Suite 102
> Oxford, MS 38655

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 13, 2015 at San Francisco, California.

s/Eileen Van Matre<br>Eileen Van Matre