1  FOX ROTHSCHILD LLP
   Michael Eidel (SBN 119701)
2  2700 Kelly Road, Suite 300
   Warrington, PA 18976
3  Telephone: (215) 345-7500
   Facsimile: (215) 345-7507
4
   *Attorneys for Defendant Healthy Beverage, LLC*
5  *d/b/a The Healthy Beverage Company*

6  PRATT & ASSOCIATES
   Ben F. Pierce Gore (SBN 128515)
7  *pgore@prattattorneys.com*
   1871 The Alameda, Suite 425
8  San Jose, CA  95126
   Telephone:  (408) 429-6506
9  Facsimile:  (408) 369-0752

10 *Attorneys for Plaintiffs*
   *Mary Swearingen and Robert Figy*
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15 MARY SWEARINGEN and ROBERT FIGY,      )  Case No.:  3:13-CV-04385 EMC
   individually and on behalf of all others similarly  )
16 situated,                             )  **JOINT STIPULATION AND**
                                         )  **[PROPOSED] ORDER**
17                 Plaintiffs,           )  **RE: CONTINUANCE OF CASE**
                                         )  **MANAGEMENT CONFERENCE**
18                                       )
                                         )  Judge:  Hon. Edward M. Chen
19                                       )
       v.                               )  Action Filed: January 20, 2013
20                                       )
   HEALTHY BEVERAGE, LLC and THE         )  Current CMC date: September 23, 2015
21 HEALTHY BEVERAGE COMPANY,             )
                                         )  Proposed CMC date: October 8, 2015
22                 Defendants.           )
                                         )
23                                       )
   _____ )
24

25        Subject to the Court's approval, the parties stipulate as follows:

26        WHEREAS, by Order of May 14, 2015 this Court scheduled a Case Management Conference

27 for September 24, 2015;

28        WHEREAS, on September 10, 2015, the Clerk issued a Notice at Docket No. 75 resetting the

                                        1

Case Management Conference from September 24, 2015 to September 23, 2015;

WHEREAS, counsel for Defendant Healthy Beverage, LLC d/b/a The Healthy Beverage Company is unable to attend the CMC on September ~~24,~~ 2015 because it is Yom Kippur;
<sup>23</sup>

The parties stipulate that:

1.     The Case Management Conference shall be scheduled for October ~~8~~, 2015; and
<sup>15</sup>

2.     The parties shall submit a Joint Case Management Statement on or before October ~~1,~~ 2015.
<sup>8</sup>

Dated:  September 14, 2015                    FOX ROTHSCHILD LLP

_/s/ Michael Eidel_____
By: Michael Eidel
*Attorneys for Defendants Healthy Beverage,*
*LLC d/b/a The Healthy Beverage Company*

Dated:  September 14, 2015                    PRATT & ASSOCIATES

_/s/ Ben F. Pierce Gore_____
By: Ben F. Pierce Gore
*Attorneys for Plaintiffs Mary Swearingen and*
*Robert Figy*

### L.R. 5-1(i)(3) ECF Attestation

I, Michael Eidel, am the ECF user whose ID and password are being used to file the following: **JOINT STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**.  In compliance with L.R. 5-1(i)(3), I hereby attest that we have concurred in this filing.

Dated:  September 14, 2015                    _/s/ Michael Eidel_____

### [PROPOSED] ORDER

Good cause appearing therefor and pursuant to stipulation, IT IS SO ORDERED (as modified above)

Dated: September _14_, 2015

Hon. Edward
United State

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

# CERTIFICATE OF SERVICE

Mary Swearingen, et al., v. Healthy Beverage, LLC and The Healthy Beverage Company
United States District Court, Northern District of California, San Francisco Division
Case No. 3:13-CV-04385 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I hereby certify that on September 14, 2015, I electronically filed the following document(s):

**JOINT STIPULATION AND PROPOSED ORDER RE: CONTINUATION
OF CASE MANAGEMENT CONFERENCE**

with the Clerk of the Court for the United States District Court by using the CM/ECF system.

Participants in the case who are registered CM/EMF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have

mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third

party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF

participants:

J. Price Coleman, Esquire
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655

Dated:  September 14, 2015          _____*/s/ Elisabeth Paulsen*_____
                                                              Elisabeth Paulsen

ACTIVE 31513492v2 09/14/2015