1  FOX ROTHSCHILD LLP
   Michael Eidel (SBN 119701)
2  2700 Kelly Road, Suite 300
   Warrington, PA 18976
3  Telephone: (215) 345-7500
   Facsimile: (215) 345-7507
4
   *Attorneys for Defendant Healthy Beverage, LLC*
5  *d/b/a The Healthy Beverage Company*

6  PRATT & ASSOCIATES
   Ben F. Pierce Gore (SBN 128515)
7  pgore@prattattorneys.com
   1871 The Alameda, Suite 425
8  San Jose, CA  95126
   Telephone: (408) 429-6506
9  Facsimile:  (408) 369-0752

10 *Attorneys for Plaintiffs*
   *Mary Swearingen and Robert Figy*
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 MARY SWEARINGEN and ROBERT FIGY,        ) Case No.: 3:13-CV-04385 EMC
   individually and on behalf of all others similarly )
16 situated,                                )
                                            ) **JOINT STIPULATION AND**
17                                          ) **[PROPOSED] ORDER**
                 Plaintiffs,                ) **RE: CONTINUANCE OF CASE**
18                                          ) **MANAGEMENT CONFERENCE**
                                            )
19                                          ) Judge: Hon. Edward M. Chen
                                            )
20     v.                                   ) Action Filed: January 20, 2013
                                            )
21 HEALTHY BEVERAGE, LLC and THE            ) Current CMC date: April 7, 2016
   HEALTHY BEVERAGE COMPANY,                )
22                                          ) Proposed CMC date: May 5, 2016
                 Defendants.                )
23                                          )

24     Subject to the Court's approval, the parties stipulate as follows:

25     WHEREAS, on October 16, 2015, this Court scheduled a Case Management Conference

26 ("CMC") for April 7, 2016 [Dkt. 79];

27     WHEREAS, on March 11, 2016, in the matter of *Swearingen, et al. v. Late July Snacks LLC*,

28 No. 13-cv-04324, the Court issued an Order requesting that the FDA Commissioner inform the Court

1

1  whether the FDA is likely to issue any further guidance regarding evaporated cane juice within the next
2  180 days [Dkt. 86];
3      WHEREAS, the parties seek to continue the CMC for approximately thirty (30) days to give the
4  FDA additional time to respond to the Court's March 11, 2016 Order;
5      WHEREAS, the continuance shall be without prejudice to application for a further continuance
6  in this matter;
7      The parties stipulate that:
8      1.    The Case Management Conference shall be scheduled for May 5, 2016 at 9:30 a.m. [struck through; handwritten: 10:30 a.m.], or
9  on such further date as the Court orders; and
10     2.    The parties shall submit a Joint Case Management Statement on or before April 28,
11 2016.

13 Dated: March 23, 2016                              FOX ROTHSCHILD LLP

                                                   */s/ Michael Eidel*
                                                   By: Michael Eidel
                                                   *Attorneys for Defendants Healthy Beverage,*
                                                   *LLC d/b/a The Healthy Beverage Company*

Dated: March 23, 2016                              PRATT & ASSOCIATES

                                                   */s/ Ben F. Pierce Gore*
                                                   By: Ben F. Pierce Gore
                                                   *Attorneys for Plaintiffs Mary Swearingen and*
                                                   *Robert Figy*

**L.R. 5-1(i)(3) ECF Attestation**

I, Michael Eidel, am the ECF user whose ID and password are being used to file the following: **JOINT STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**. In compliance with L.R. 5-1(i)(3), I hereby attest that we have concurred in this filing.

Dated: March 23, 2016                                            */s/ Michael Eidel*

**[PROPOSED] ORDER**

Good cause appearing therefor and pursuant to stipulation, **IT IS SO ORDERED.**
(as revised above)

Dated: March 25, 2016



Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

Mary Swearingen, et al., v. Healthy Beverage, LLC and The Healthy Beverage Company
United States District Court, Northern District of California, San Francisco Division
Case No. 3:13-CV-04385 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I hereby certify that on March 23, 2016, I electronically filed the following document(s):

**JOINT STIPULATION AND PROPOSED ORDER RE: CONTINUATION
OF CASE MANAGEMENT CONFERENCE**

with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/EMF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

J. Price Coleman, Esquire
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655

Dated:  March 23, 2016                    */s/ Elisabeth Paulsen*
                                           Elisabeth Paulsen