1 | FOX ROTHSCHILD LLP
Michael Eidel (SBN 119701)
2 | 2700 Kelly Road, Suite 300
Warrington, PA 18976
3 | Telephone: (215) 345-7500
Facsimile: (215) 345-7507
4

*Attorneys for Defendant Healthy Beverage, LLC*
5 | *d/b/a The Healthy Beverage Company*

6 | PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
7 | *pgore@prattattorneys.com*
1871 The Alameda, Suite 425
8 | San Jose, CA  95126
Telephone:  (408) 429-6506
9 | Facsimile:  (408) 369-0752

10 | *Attorneys for Plaintiffs*
*Mary Swearingen and Robert Figy*
11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15 | MARY SWEARINGEN and ROBERT FIGY,  ) Case No.:  3:13-CV-04385 EMC
individually and on behalf of all others similarly )
16 | situated,                                          )
                                                    ) **JOINT STIPULATION AND**
17 |                                                   ) **[PROPOSED] ORDER**
                     Plaintiffs,                      ) **RE: CONTINUANCE OF CASE**
18 |                                                   ) **MANAGEMENT CONFERENCE**
                                                    )
19 |                                                   ) Judge:  Hon. Edward M. Chen
                                                    )
20 |    v.                                            ) Action Filed: January 20, 2013
                                                    )
21 | HEALTHY BEVERAGE, LLC and THE          ) Current CMC date: June 23, 2016
HEALTHY BEVERAGE COMPANY,                )
22 |                     Defendants.                   ) Proposed CMC date: July 28, 2016
                                                    )
23 | _____ )

24

25 |          Subject to the Court's approval, the parties stipulate as follows:

26 |          WHEREAS, on April 22, 2016, this Court scheduled a Case Management Conference ("CMC")

27 | for September 8, 2016 at 10:30 a.m. [Dkt. 83];

28 |          WHEREAS, on June 1, 2016, the Court reset the CMC from September 8, 2016 to June 23,

1

1  2016 [Dkt. 93];

2          WHEREAS, Plaintiffs' counsel is unavailable on June 23, 2016 due to a previously scheduled

3  deposition; and

4          WHEREAS, the parties seek to continue the CMC to July 28, 2016.

5          The parties stipulate that:

6          1.      The Case Management Conference scheduled for June 23, 2016 shall be continued to

7  July 28, 2016 at ~~9:30~~ a.m., or on such further date as the Court orders; and

*10:30 A.M.*

8          2.      The parties shall submit a Joint Case Management Statement on or before July 21, 2016.

9

10  Dated:  June 7, 2016                          FOX ROTHSCHILD LLP

11                                                  */s/ Michael Eidel*

12                                                By: Michael Eidel
                                                  *Attorneys for Defendants Healthy Beverage,*
13                                                *LLC d/b/a The Healthy Beverage Company*

14

15  Dated:  June 7, 2016                          PRATT & ASSOCIATES

16                                                  */s/ Ben F. Pierce Gore*
                                                  By: Ben F. Pierce Gore
17                                                *Attorneys for Plaintiffs Mary Swearingen and*
                                                  *Robert Figy*
18

19

20                              **L.R. 5-1(i)(3) ECF Attestation**

21          I, Michael Eidel, am the ECF user whose ID and password are being used to file the following:

22  **JOINT STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF CASE**

23  **MANAGEMENT CONFERENCE**.  In compliance with L.R. 5-1(i)(3), I hereby attest that we have

24  concurred in this filing.

25  Dated:  June 7, 2016                              */s/ Michael Eidel*

26

27

28

2

1

**[PROPOSED] ORDER**

2

Good cause appearing therefor and pursuant to stipulation, **IT IS SO ORDERED.** (modified above)

3

4

Dated:  June ____, 2016
                   10



Hon. Edward M. Chen
United States District Judge

5

6

IT IS SO ORDERED
AS MODIFIED

7

Judge Edward M. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

ACTIVE 40739059v1 06/07/2016

**CERTIFICATE OF SERVICE**

Mary Swearingen, et al., v. Healthy Beverage, LLC and The Healthy Beverage Company
United States District Court, Northern District of California, San Francisco Division
Case No. 3:13-CV-04385 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I hereby certify that on June 7, 2016, I electronically filed the following document(s):

**JOINT STIPULATION AND PROPOSED ORDER RE: CONTINUATION
OF CASE MANAGEMENT CONFERENCE**

with the Clerk of the Court for the United States District Court by using the CM/ECF system.

Participants in the case who are registered CM/EMF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have

mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third

party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF

participants:

J. Price Coleman, Esquire
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655

Dated:  June 7, 2016                    _____*/s/ Elisabeth Paulsen*_____
                                                            Elisabeth Paulsen

ACTIVE 40739059v1 06/07/2016