PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
*pgore@prattattorneys.com*
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone: (408) 429-6506
Facsimile:  (408) 369-0752

*Attorneys for Plaintiffs*

FOX ROTHSCHILD LLP
Michael Eidel (SBN 119701)
*meidel@foxrothschild.com*
2700 Kelly Road, Suite 300
Warrington, PA 18976
Telephone: (215) 345-7500
Facsimile: (215) 345-7507

*Attorneys for Defendant Healthy Beverage, LLC
d/b/a The Healthy Beverage Company*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHY BEVERAGE, LLC and THE HEALTHY BEVERAGE COMPANY<br><br>Defendants. | Case No.: 3:13-CV-04385 EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER LIFTING STAY, SETTING SCHEDULE, AND ADJOURNING CMC**<br><br>CMC: July 28, 2016<br>Time: 10:30 a.m.<br>Judge: Hon. Edward M. Chen<br>Action Filed: January 20, 2013 |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No.:  3:13-CV-04385 EMC

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on May 26, 2016, the FDA issued a guidance titled, "Ingredients Declared as Evaporated Cane Juice: Guidance for Industry";

WHEREAS, the parties agree that the stay currently in place, based on the primary jurisdiction doctrine, is no longer necessary in light of the May 26 Guidance; and

WHEREAS, the parties have conferred and agreed upon the appropriate next steps and schedule for resumption of this action;

The parties stipulate and respectfully request that the Court enter an order as follows:

1. The stay previously imposed in this action is lifted;

2. Plaintiffs are granted leave to file, and shall file by August 31, 2016, a Second Amended Complaint;

3. Leave to file the Second Amended Complaint is without prejudice to any defenses Healthy Beverage may have to the Second Amended Complaint, including but not limited to defenses under Fed. R. Civ. P. 12(b)(1) and 12(b)(6);

4. Healthy Beverage shall respond to the Second Amended Complaint by answer or motion by October 31, 2016; and

5. The Case Management Conference currently scheduled for July 28, 2016 is ad~~journed~~. reset for 11/17/16 at 10:30 a.m.  An updated joint CMC statement shall be filed by 11/10/16.

Dated: July 21, 2016                    **PRATT & ASSOCIATES**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ben F. Pierce Gore*
　　　　　　　　　　　　　　　　　　　　　　　By: Ben F. Pierce Gore
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Mary Swearingen and Robert Figy*

Dated: July 21, 2016                    **FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Eidel*
　　　　　　　　　　　　　　　　　　　　　　　By: Michael Eidel
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Healthy Beverage, LLC d/b/a The Healthy Beverage Company*

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**  (as modified)

3

4   Dated: _____7/22/16_____                    _____
                                                    Honorable Edward M. Chen
5                                                   U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**L.R. 5-1(i)(3) ECF Attestation**

I, Michael Eidel, am the ECF user whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER LIFTING STAY, SETTING SCHEDULE, AND ADJOURNING CMC**.  In compliance with L.R. 5-1(i)(3), I hereby attest that we have concurred in this filing.

Dated:  July 21, 2016                                         /s/ Michael Eidel

# CERTIFICATE OF SERVICE

Mary Swearingen, et al., v. Healthy Beverage, LLC and The Healthy Beverage Company
United States District Court, Northern District of California, San Francisco Division
Case No. 3:13-CV-04385 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I hereby certify that on July 21, 2016, I electronically filed the following document(s):

**STIPULATION AND [PROPOSED] ORDER LIFTING STAY, SETTING SCHEDULE, AND ADJOURNING CMC**

with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/EMF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

J. Price Coleman, Esquire
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655

Dated: July 21, 2016              */s/ Elisabeth Paulsen*
                                  Elisabeth Paulsen