FOX ROTHSCHILD LLP
Michael Eidel (SBN 119701)
2700 Kelly Road, Suite 300
Warrington, PA 18976
Telephone: (215) 345-7500
Facsimile: (215) 345-7507

*Attorneys for Defendant Healthy Beverage, LLC
d/b/a The Healthy Beverage Company*

PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
*pgore@prattattorneys.com*
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone: (408) 429-6506
Facsimile:  (408) 369-0752

*Attorneys for Plaintiffs
Mary Swearingen and Robert Figy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHY BEVERAGE, LLC and THE HEALTHY BEVERAGE COMPANY,<br><br>Defendants. | Case No.: 3:13-CV-04385 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Judge:  Hon. Edward M. Chen<br>Current CMC Date:  November 18, 2017 |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on October 31, 2016, Healthy Beverage, LLC filed a motion to dismiss the Second Amended complaint in this action, which set February 16, 2017 as the date for hearing the motion;

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

Case No. 13-cv-04385

WHEREAS, on October 31, 2016, Late July Snacks LLC filed a motion to dismiss the Second Amended complaint, also setting a hearing date of February 16, 2017, in the action captioned *Swearingen et al. v. Late July Snacks LLC*, Case No. 3:13-cv-04324, which is also pending before this Court, and asserts claims relating to the use of "evaporated cane juice," and is currently on the same schedule as this action;

WHEREAS, a CMC is currently scheduled for November 18, 2016 in both this matter and the *Late July Snacks* matter; and

WHEREAS, the parties to this action and the *Late July Snacks* action have all conferred and agree that conducting the CMCs prior to the completion of briefing and a hearing on the motions to dismiss is unlikely to advance these matters or to be an efficient use of the Court's or the parties' resources;

The parties stipulate and respectfully request that the Court enter an order as follows:

1. Adjourning the November 18, 2016 CMC until February 16, 2017, or a date thereafter that is convenient for the Court;
2. Setting a deadline of December 16, 2016 for Plaintiffs to file their opposition to the motion to dismiss; and
3. Setting a deadline of January 16, 2017 for Healthy Beverage, LLC to file its reply in response to Plaintiffs' opposition to the motion to dismiss.

Dated:  November 1, 2016                    FOX ROTHSCHILD LLP

  */s/ Michael Eidel*
By: Michael Eidel
*Attorneys for Defendants Healthy Beverage, LLC d/b/a The Healthy Beverage Company*

Dated: November 1, 2016                    PRATT & ASSOCIATES

  */s/ Ben F. Pierce Gore*
By: Ben F. Pierce Gore
*Attorneys for Plaintiffs Mary Swearingen and Robert Figy*

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

Case No. 13-cv-04385

### L.R. 5-1(i)(3) ECF Attestation

I, Michael Eidel, am the ECF user whose ID and password are being used to file the following: **JOINT STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**.  In compliance with L.R. 5-1(i)(3), I hereby attest that we have concurred in this filing.

Dated:  November 1, 2016                              /s/ *Michael Eidel*

### [~~PROPOS~~ED] ORDER

Good cause appearing therefor and pursuant to stipulation, **IT IS SO ORDERED.**

```
Further CMC reset from 11/18/16 to 2/16/17 at 1:30 p.m.  An updated joint CMC
statement shall be filed by 2/9/17.
```

Dated: November __1__, 2016



Hon. Edward M. Chen
United States District Judge

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

Case No. 13-cv-04385

# CERTIFICATE OF SERVICE

Mary Swearingen, et al., v. Healthy Beverage, LLC and The Healthy Beverage Company
United States District Court, Northern District of California, San Francisco Division
Case No. 3:13-CV-04385 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I hereby certify that on November 1, 2016, I electronically filed the following document(s):

**JOINT STIPULATION AND PROPOSED ORDER RE: CONTINUATION OF CASE MANAGEMENT CONFERENCE TO COINCIDE WITH DATE OF NOTICED MOTION HEARING, FEBRUARY 16, 2017**

with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/EMF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

J. Price Coleman, Esquire
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655

Dated: November 1, 2016          */s/ Elisabeth Paulsen*
                                  Elisabeth Paulsen

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

Case No. 13-cv-04385